# Invoice

**NATIONAL ELECTRIC COIL COMPANY**
3330 EAST 14TH STREET
BROWNSVILLE, TEXAS 78521
(956) 541-1759

REMIT TO:
NATIONAL ELECTRIC COIL COMPANY
DEPARTMENT L-1667
COLUMBUS, OHIO 43260-1667

SOLD TO:
REGENCO
6609 R. WEST WASHINGTON ST.
WEST ALLIS    WI    53214

SHIP TO:
REGENCO (OG&E MUSKOGEE #4)
6609R W. WASHINGTON ST
WEST ALLIS    WI    53214

| Customer Order No. | Requisition No. | Sched. Date | Date of Order | Customer Code | Our Order No. |
|---|---|---|---|---|---|
| 07-9214 | | | 02/12/09 | 543825 | 3564 |

| USCC | Location | Ind. | Ord. Code | Territory | Product Code | Coll. | Ppd. | Frt. | Tax | Invoice Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 102 | N | Y | N | N | |

Ship Via:     F.O.B. Point

| HP | RPM | FRAME | MAKE | MODEL | | |
|---|---|---|---|---|---|---|
| VOLTS | AMPS | PHASE | CYCLE | SHAFT # | SERIAL # | Shipped 02/26/09 / Invoiced 02/27/09 |

Invoice Number: 7053

| Cat./Part No. | Description | Quantity Ordered | Shipped | Unit Price | Amount |
|---|---|---|---|---|---|
| 102 | TOP BARS, BOTTOM BARS & WINDING SUPPLIES | | 1 | 12060600.00 | 2060600.00 |

INTERNAL INVOICE
COVERS BRO 3564,3565,3566

| SALES TAX INFORMATION | TAX TYPE | % | CODE | TAX AMOUNT | |  |
|---|---|---|---|---|---|---|
| MATERIAL | STATE | | | | SUB-TOTAL | 2060600.00 |
| LABOR | COUNTY | | | | FREIGHT | |
| CERTIFICATE/PERMIT NO. | CITY | | | | TAX | |
| | OTHER | | | | TOTAL | 2060600.00 |

NOTE: PLEASE SEE REVERSE SIDE FOR TERMS AND CONDITIONS, EXCEPT ACCT. COPY.

**PLEASE RETURN DUPLICATE WITH REMITTANCE**

We hereby certify that these goods produced in compliance with all applicable requirements of section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

TERMS: PAYABLE UPON RECEIPT
Balance beyond 30 days subject to maximum allowable interest.

EXHIBIT 6

ORIGINAL

NEC 001